UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALBERT CARNEVALE, et al., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GE AIRCRAFT ENGINES,<br><br>Defendant. | Class Action<br><br>Case No.: C-1-02 600<br><br>Judge Walter Herbert Rice |

## JUDGMENT OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 23(e), Class Representatives Carnevale, DeNyse, and Millett, individually and on behalf of the Class they represent, and Defendant GE Aircraft Engines ("GEAE"), having settled with the Class and the Court having entered its Order Granting Final Approval to Class Action Settlement,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

1. All claims of all members of the Class, as defined on page 3 of the Order Granting Final Approval, against GEAE in case no. C-1-02 600 are dismissed with prejudice.

2. All claims of Class Representatives Carnevale, DeNyse, and Millett against GEAE in case no. C-1-02- 600 are dismissed with prejudice.

3. Notwithstanding the dismissal of claims in the preceding paragraphs, the Court shall retain jurisdiction over the construction, interpretation, implementation and enforcement of the Settlement Agreement and Releases and over the administration and distribution of settlement benefits.

4. All members of the Class described in the Order Granting Final Approval (other than those listed on Exhibit 1 to that Order) are bound by the release of claims set forth in Section 5 of the Class Action Settlement Agreement and Release of All Claims and are hereby permanently enjoined and restrained from filing or prosecuting any settled claim against Defendant.

5. This is a final, appealable order, this Court having determined that there is no just reason for delay.

Dated: July 15, 2005

_____
Honorable Judge Walter Herbert Rice